UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN KEYSHONE ROLLEN, | No. 2:24-cv-1303 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| A. HICKS, | |
| Defendant. | |

Plaintiff filed motions for default judgment and for an extension of time to file an amended complaint. ECF Nos. 11, 12. By order filed June 13, 2024, the undersigned screened the complaint and found that it did not state any claims for relief and would not be served. ECF No. 8. As a result, defendant has not yet been served and is not in default. The request for default judgment will therefore be denied. Plaintiff's request for an extension of time to file an amended complaint, however, will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for default judgment (ECF No. 11) is DENIED.

2. Plaintiff's motion for an extension of time (ECF No. 12) is GRANTED and plaintiff is granted thirty days from the service of this order to file an amended complaint.

DATED: July 16, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE