UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN KEYSHONE ROLLEN,<br><br>   Plaintiff,<br><br>   v.<br><br>A. HICKS,<br><br>   Defendants. | No.  2:24-cv-1303 TLN AC P<br><br>ORDER |

Plaintiff filed a second motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 17) is GRANTED; and

   2. Plaintiff is granted thirty days from the service of this order in which to file an amended complaint.

DATED: August 28, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE