UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN KEYSHONE ROLLEN,<br><br>            Plaintiff,<br><br>    v.<br><br>A. HICKS,<br><br>            Defendant. | No.  2:24-cv-1303 TLN AC P<br><br><br>ORDER |

By order filed June 13, 2024, the complaint was screened and found to not state a claim for relief.  ECF No. 8.  Plaintiff was given an opportunity to file an amended complaint and cautioned that failure to do so would result in a recommendation that this action be dismissed.  Id. at 7.  Plaintiff then requested and was granted two thirty-day extensions of time to file an amended complaint.  ECF Nos. 13, 18.  The time to amend the complaint has now passed, and plaintiff has not filed an amended complaint or sought a further extension of time, though he has requested a copy of the complaint.  ECF No. 19.  Plaintiff will be provided a one-time courtesy copy of the original complaint and one final opportunity to file an amended complaint.  No further extensions of the time to file an amended complaint will be granted absent a showing of extraordinary cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a copy of the complaint (ECF No. 19) is GRANTED and the

1

Clerk of the Court is directed to send plaintiff a one-time courtesy copy of the complaint (ECF No. 1).

    2.   Plaintiff shall file an amended complaint within twenty-one days of the service of this order.  Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: October 18, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2