UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN KEYSHONE ROLLEN, | No. 2:24-cv-1303 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| A. HICKS, | |
| Defendant. | |

By order filed June 13, 2024, the complaint was screened and found to not state a claim for relief. ECF No. 8. Plaintiff was given an opportunity to file an amended complaint, provided a complaint form, and cautioned that failure to amend the complaint would result in a recommendation that this action be dismissed. Id. at 7. Plaintiff then requested and was granted two thirty-day extensions of time to file an amended complaint. ECF Nos. 13, 18. The time to file an amended complaint then passed without plaintiff filing an amended complaint or seeking a further extension of time, though he did request a copy of the complaint. ECF No. 19. The court granted the request for a copy of the complaint and provided plaintiff an additional twenty-one days to file an amended complaint. ECF No. 20. In granting plaintiff that extension, the court cautioned that no further extensions of time would be granted absent a showing of extraordinary cause and that failure to file an amended complaint would result in a recommendation that this action be dismissed. Id.

  Plaintiff has now filed a third motion for a thirty-day extension of time to file an amended complaint, asserting that he cannot make the deadline because he is in administrative segregation and cannot access the library to obtain a complaint form. ECF No. 21. In light of plaintiff's representation that he does not have access to a complaint form due to his recent placement in administrative segregation, he will be granted a brief extension of time, and the Clerk of the Court will be directed to send plaintiff another complaint form. Plaintiff is cautioned that no further extensions of time will be granted.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's motion for an extension of time (ECF No. 21) is GRANTED in part;

  2. Plaintiff is granted fourteen days from the service of this order to file an amended complaint;

  3. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district; and

  4. Failure to file an amended complaint will result in a recommendation that this action be dismissed.

DATED: November 8, 2024

               /s/ Allison Claire
               ALLISON CLAIRE
               UNITED STATES MAGISTRATE JUDGE