UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN KEYSHONE ROLLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>A. HICKS,<br><br>    Defendant. | No. 2:24-cv-1303 TLN AC P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the January 3, 2025, findings and recommendation. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 26) is GRANTED; and
2. Plaintiff shall have until March 24, 2025, to file any objections.

DATED: February 6, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE