1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    VAN KEYSHONE ROLLEN,                          No.  2:24-cv-01303-TLN-AC

12                    Plaintiff,

13            v.                                     **ORDER**

14    A. HICKS,

15                    Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 3, 2025, the magistrate judge filed findings and recommendations herein

21    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within twenty-one days.  (ECF No. 25.)  The

23    deadline to file objections was extended at Plaintiff's request (ECF No. 27), but Plaintiff has not

24    filed objections to the findings and recommendations and the time for doing so has passed.

25          The Court has reviewed the file and finds the findings and recommendations to be

26    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27    ORDERED that:

28          1.  The findings and recommendations (ECF No. 25) are ADOPTED IN FULL;

                                                    1

1        2.  The first amended complaint is DISMISSED without leave to amend for failure to state

2    a claim; and

3        3.  The Clerk of the Court is directed to close this case.

4    Date: April 17, 2025

5

6

7    _____

8    TROY L. NUNLEY
     CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28